IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr333-MHT |
| | ) | (WO) |
| DARYL L. HOLMES | ) | |

## ORDER

It is ORDERED that defendant Daryl L. Holmes's motion to modify conditions of supervision (Doc. 63) is denied. While the court commends defendant Holmes on his good performance while in the residential reentry center, the court is concerned that reducing his term there could be counterproductive.

DONE, this the 28th day of June, 2021.

                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE