IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr333-MHT |
| | ) | (WO) |
| DARYL L. HOLMES | ) | |

ORDER

Based on the representations made on the record on August 2, 2022, and by the agreement of the parties, it is ORDERED that:

(1) The petition for revocation of supervised release (Doc. 71) is treated as solely a petition for modification of the conditions of supervised release, and said petition is granted as follows.

(2) The conditions of supervised release are modified to include the following:

    (A) Defendant Holmes shall reside in a community corrections facility maintained or under contract to the Federal Bureau of Prisons

1

for a term of 12 months and shall comply with the rules of that facility.  This term shall begin at a time designated by the Bureau of Prisons or the probation officer.  The U.S. Marshal Service shall release defendant Holmes at that time.  The Office of the Federal Defender will be responsible for transportation from Montgomery County Detention Facility to the community corrections facility on the designated date.

(B) Defendant Holmes shall participate in inpatient substance abuse and mental health treatment at Aletheia House at a date to be determined by Aletheia House.  Any period of treatment at Aletheia house that occurs within the 12-month term will be credited toward the 12-month term.  The Office of the Federal Defender will be responsible for transportation from the community corrections facility to

Aletheia House and back to the community corrections facility.

(C) The Office of the Federal Defender will have a comprehensive mental health evaluation completed and will provide a report of that evaluation to the court, the probation officer, and (if it can be completed prior to defendant Holmes's admission at Aletheia House) Aletheia House.

DONE, this the 2nd day of August, 2022.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**