IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr333-MHT |
| | ) | (WO) |
| DARRYLL LASHAWN HOLMES | ) | |

## ORDER

This case is before the court on defendant Darryll Lashawn Holmes's motion to remove detainer warrant and the government's response to the motion. The government, in consultation with the United States Probation Office, and considering the length of Holmes's state sentence following his parole revocation, requests that Holmes's motion be granted and that any outstanding term of supervised release be terminated. The court agrees with this proposal in light of Holmes's lengthy state-prison sentence.

***

Accordingly, it is ORDERED that:

(1) Defendant Darryll Lashawn Holmes's motion to remove detainer warrant (Doc. 95) is granted.

(2) Defendant Darryll Lashawn Holmes's term of supervised release is terminated effective immediately, and he is discharged.

(3) The petition for revocation of supervised release (Doc. 87) is denied as moot.

DONE, this the 13th day of November, 2023.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**