IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 2:15cr333-MHT |
| ) | (WO) |
| **DARRYLL LASHAWN HOLMES** ) | |

**ORDER**

Upon consideration of defendant Darryll Lashawn Holmes's second motion to remove detainer warrant (Doc. 100), which was received by this court on November 17, 2023, it is ORDERED that the motion is denied as moot. On November 13, 2023, the court entered an order (Doc. 98) granting defendant Holmes' earlier motion to remove detainer warrant (Doc. 95) and terminating his term of supervised release. The detainer warrant should by now have been removed.

DONE, this the 22nd day of November, 2023.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**